# 03-60780

FORM TO BE USED BY FEDERAL PRISONERS IN FILING **CIV - LENARD**
PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 §2241

MAGISTRATE JUDGE
WHITE

IN THE SOUTHERN DISTRICT OF FLORIDA
UNITED STATES DISTRICT COURT
MIAMI DIVISION

RANDY ANTHONY WEAVER,
                    Petitioner,
REG NO: 92903-071

FEDERAL CORRECTIONAL INSTITUTION

P.O. BOX 779800, MIAMI, FL 33177
(Address or place of confinement
and prison number. Full name which
you were convicted under).

vs.                                           Case No. _____


ED GONZALEZ (WARDEN)
                    Respondent.
_____
_____

Cat / div. 2241 - "Broward"
Case # 0:03cv60780
Judge Lenard   Mag. PAW
Motn Ifp Yes   Fee pd $ _____
Receipt # _____

(Name of Warden or other authorized
person having custody of petitioner)


PLEASE COMPLETE THE FOLLOWING:  (check appropriate number)

This petition concerns: The Petitioner claims that he is being held
illegally, and that his sentence expired on April 19, 2003.

1.  a.  _____  a conviction.

    b.  _____  a sentence.

    c.  _____  jail or prison conditions.

    d.  _____  prison discipline.

    e.  _____  a parole problem.

    f.  ___XXX_____  other.

2. Place of detention <u>FEDERAL CORRECTIONAL INST. P.O.B. 779800 MIAMI,Fl</u>

3. Name and location of court which imposed sentence <u>U.S. DISTRICT COURT-SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE, FLORIDA</u>

4. The indictment number or numbers (if known) upon which, and the offense or offenses for which, sentence was imposed:

   (a) <u>U.S.A. v. RANDY WEAVER CASE # 01-6069-Cr-ROETTGER</u>

   (b) _____

   (c) _____

5. The date upon which sentence was imposed and the terms of the sentence:

   (a) <u>AUGUST 22,2002 / Sentence to 27 Months (SEE ATTACHED)</u>

   (b) _____

   (c) _____

6. Check whether a finding of guilty was made:

   (a) After a plea of guilty _____

   (b) After a plea of not guilty <u>XXX</u>

   (c) After a plea of nolo contendere _____

7. If you were found guilty after a plea of not guilty, check whether that finding was made by:

   (a) a jury <u>XXX</u>

   (b) a judge without a jury _____

8. Did you appeal from the judgment of conviction or the imposition of sentence?

   (XX) Yes    ( ) No  (Currently under appeal)

9. If you did appeal, give the following information for each appeal:

   a. (1) Name of Court <u>ELEVENTH CIRCUIRT COURT OF APPEALS</u>

      (2) Result <u>CRIMINAL APPEAL STILL PENDING</u>

Page 3

9. a. Continued

    (3) Date of result   STILL PENDING

    (4) Citation or number of opinion   N/A

    (5) Grounds raised (list each)

        (a)  N/A

        (b) 

        (c) 

        (d) 

  b. (1) Name of court   N/A

    (2) Result   N/A

    (3) Date of result   N/A

    (4) Citation or number of opinion   N/A

    (5) Grounds raised (list each)

        (a)  N/A

        (b) 

        (c) 

        (d) 

    CAUTION: If you are attacking a sentence imposed under a federal judgment, you must first file a direct appeal or motion under 28 U.S.C. §2255 in the federal court which entered the judgment.

10. State CONCISELY every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a SINGLE page only behind this page.

CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

10. Continued

    a. Ground One  RESPONDENT FAILED TO GIVE PETITIONER FULL AMOUNT OF JAIL CREDIT, WHICH WOULD HAVE GAVE PETITIONER APRIL RELEASE.

    Supporting FACTS (tell your story BRIEFLY without citing cases or law).

CAUTION: You must state facts not conclusions in support of your grounds. A rule of thumb to follow is - who did exactly what to violate your rights at what time or place.

On August 22, 2002 the petitioner was sentenced to Twenty-Seven (27) months. On Mat 4, 2001 the petitioner was served in open court with his indictment in the instant case. The petitioner has attempted to settle this matter through the Administrative Remedies at this facility but the respondent(s) have sought an additional Thirty days, after already having Thirty days to previously respond. The petitioner claims that his detainment (cont

    b. Ground Two  N/A

    Supporting FACTS (tell your story BRIEFLY without citing cases or law).

## SUPPLEMENTAL PAGE TO GROUNG ONE

is unlawful in that had the Respondent(s) gave the Petitioner credit for the amount of time held in custody for the instant offense that Petitioner's release date would be April 19, 2003 instead of the June 6, 2003 calculation arrived at by the Respondent(s).

The Petitioner has attached a copy of the document's that the Petitioner filed with the Respondent(s) in an attempt to resolve this matter at the institutional level. In view of the fact that the Petitioner's sentence has legally ended, and the Petitioner is now being held in violation of his Constitutional Rights, the Petitioner has brought this matter before this Court.

The Petitioner further advises this Court that the Petitioner is currently in civil litigation regarding other issue's, and that matter is scheduled for settlement on June 11, 2003 before the Hon. U.S. Senior Magistrate Peter R. Palemro. (Case No: 01-325-CIV-HUCK). The Petitioner believes that the delay in releasing the Petitioner is deliberate, and an attempt to prevent the Petitioner from conducting further legal preparations for his settlement conference.

The Petitioner seeks immediate release from his unlawful detention and will hold the Respondent(s) fully liable for such action's and to the fullest extent of the law.

10. Continued

   c. Ground Three: __N/A_____

   _____

   Supporting Facts (tell your story BRIEFLY without citing cases or law)

   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

   d. Ground Four __N/A_____

   _____

   Supporting FACTS (tell your story BRIEFLY without citing cases or law)

   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

11. Have you filed previous petitions for habeas corpus, motions under Section 2255 of Title 28, United States Code, or any other applications, petitions or motions with respect to this conviction?

   Yes KX)    No ( )(SEE SUPPLEMENT TO GROUND ONE)

Page 6

12. If your answer to question number 10 was "yes", give the following information:

    a. (1) Name of Court __U.S. DISTRICT COURT (MIAMI)__

        (2) Nature of proceeding __CIVIL ACTION (BIVENS)__

        (3) Grounds raised __SEE CASE NO: 01-325-CIV-HUCK__

        (4) Result __SETTLEMENT CONFERENCE SECHEDULE FOR JUNE 11,2003.__

        (5) Date of result __N/A__

        (6) Citation or number of any written opinion or order entered pursuant to each such disposition.

            __See Above case no.__

    b. (1) Name of Court __N/A__

        (2) Nature of proceeding __N/A__

        (3) Grounds raised __N/A__

        (4) Result __N/A__

        (5) Date of result __N/A__

        (6) Citation or number of any written opinions or orders entered pursuant to each such disposition.

This issue does not involve an issue in my criminal conviction, but deals with how the Respondent(s) have failed to properly give this Petitioner the jail credit due to him, and that the Respondent(s) calculation of his sentence is incorrect.

X  No

Mr. Mark G. Hanson
2530 S.W. 3rd Avenue, Suite # 102 Miami, Fl 33129 (305) 285-0816

U.S.A. v. RANDY WEAVER, United States Court of Appeals. ELEVENTH CIRCUIT

XX

22nd April 2003

*[signature]*

DECLARATION

I, _Randy Anthony Weaver_ declare under penalty of perjury that I have read and subscribe to the above and state that the information contained therein is true and correct to the best of my knowledge.

Executed _4/22/03_ at _F.C.I. Miami_
           (date)          (place)

_____
(Signature of Petitioner)


_____
Signature of Attorney (if any)

## ATTACHMENT ONE

COPY OF JUDGMENT AND COMMITTMENT ORDER
IN CRIMINAL CASE NO: 01-6069-Cr-ROETTGER

---

ATTACHMENT ONE

# United States District Court
## Southern District of Florida
### FT. LAUDERDALE DIVISION

FILED by _____ D.C.

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For Offenses Committed On or After November 1, 1987) |
| v. | Case Number: 01-6069-CR-ROETTGER-1 |
| RANDY ANTHONY WEAVER | |
| | Counsel For Defendant: Scott Sakin, Esq |
| | Counsel For The United States: Donald Chase |
| | Court Reporter: Jerald Reeves |

The defendant was found guilty on Count(s) 1 of the Indictment.
ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18: U.S.C 111(a)(1) | Assault on a Federal Officer | 5/4/2001 | 1 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No. 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
Defendant's Date of Birth: 7/26/1964
Deft's U.S. Marshal No.: 92903-071

Defendant's Mailing Address:
4901 N.W. 77 Court
Coconut Creek, FL 33071

Defendant's Residence Address:
4901 N.W. 77 Court
Coconut Creek, FL 33071

Date of Imposition of Sentence:
August 22, 2002

NORMAN C. ROETTGER
United States District Judge

August **30**, 2002



DEFENDANT: RANDY ANTHONY WEAVER
CASE NUMBER: 01-6069-CR-ROETTGER-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **27 Months**.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

## ATTACHMENT TWO

COPY OF ADMINISTRATIVE REMEDIES FILED
BY THE PETITIONER.

ATTACHMENT TWO

# Administrative Remedy - Informal Resolution
## Miami, Florida

Inmate's Name: _____ Reg. No. _____ Unit: _____ Date: _____

NOTICE.   You are advised that prior to filing a Request for Administrative Remedy [BP(9)], you MUST attempt to informally resolve your complaint through your counselor. Please follow the three (3) steps listed below.

State your specific complaint: According to the records in our [illegible]... my release date is June 8, 2003, according to the sentence computed. The date on which [illegible] with the [illegible] (see P.S.I. page # [illegible] which states date of arrest. Nov 5, 2001) Hence, with four time credit detract from my sentence of seventeen (17) [illegible] should result in June 8, 2003.

State what efforts you have made to informally resolve your complaint: Raised the issue of [illegible] with the [illegible] on [illegible] week of the past in order to [illegible].

State what resolution you request: I request that the sentence computation be corrected to properly reflect my correct release date sometime after the months of April 2003.

Inmate's Signature: _____ Date: _____

Correctional Counselor's Comments (Steps to Resolve): Not [illegible] with any [illegible]... [illegible] to [illegible] with remedies.

Counselor's Signature: _____ Date: 12/5/02
Unit Manager's Review: _____ Date: 12/11/02

Staff Action   —   MUST BE COMPLETED

___ Not Acted on - State Reason on Comments.
___ Informally Resolved - Copy Administrative Remedy File
___ No Informal Resolution
___ If UDC, Date Form Returned to Inmate: _____
Unit Team: _____ Incident Report Number: _____

| Received by | E-mailed to effected Dept. Head | Received e-mail response from Dept. Head | Attempted informal resolution with inmate by Counselor | BP(9) given to inmate | BP(9) Delivered to Administrative Remedy Clerk |
|---|---|---|---|---|---|
| | | | | | |

**From:**    Mary Anne Lawrence
**To:**      Alford, Jimmie
**Date:**    1/22/03 8:17AM
**Subject:** Re: Administrative Remedy - Informal Resolution

You were serving a 12 month sentence for Supervised Release Violation which expired on 6-21-01. You cannot receive credit toward the 12 month sentence and the 27 month sentence you are now serving. Refer to 18 USC 3585(b) which states, A defendant shall be given credit toward the service of a term of imprisonment for any time he has spent in official detention prior to the date the sentence commences --

(1) as a result of the offense for which the sentence was imposed; or

(2) as a result of any other charge for which the defendant was arrested after the commission of the offense for which the sentence was imposed;

that has not been credited against another sentence.

>>> Jimmie Alford 01/19/03 02:15PM >>>


WEAVER, Randy
#92903-071
Unit B


According to case Manager M. Gaus, I was informed that my release date is June 8, 2003. According to the Sentence imposed and the date on which
I was charged with the offense (see P.S.I. page #2 which states date of arrest is May 4, 2001).
Therefore with good time credit deducted from my
sentence, my sentence would expire around April 16, 2003, not June 8, 2003

I raised the issue of when I got arrested for this offense at intitial team on 12-10-2002

I request that my sentence computation be corrected to properly reflect my corrected release date sommethine around the middle of April 2003

U.S. DEPARTMENT OF JUSTICE                REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

---

From: WEAVER, A.        92903-004      BISCAYNE     F.C.I. MIAMI
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.     UNIT         INSTITUTION

Part A- INMATE REQUEST

According to case manager M. Cruis, I was informed that my release date is June 3, 2003 according to the sentence imposed on the date on which I was charged with the offense (see PSI @ page #2 which states date of arrest is May 4, 2001). Therefore, with good time credit deducted from my sentence, my sentence would expire around April 16, 2003, not June 3, 2003. I raised the issue of when I was arrested for this offense at initial team on 12-10-02. I request that sentence computation be corrected to properly reflect my correct release date, somewhere around the middle of April 2003.

1-20-03                                    [signature]
DATE                                       SIGNATURE OF REQUESTER

Part B- RESPONSE

ORIGINAL: RETURN TO INMATE                              290308-F1

Part C- RECEIPT

REQUEST FOR ADMINISTRATIVE REMEDY

Part B-RESPONSE                          [remedy ID redacted]

This is in response to your Request for Administrative Remedy, dated January 28, 2003, wherein you state your sentence computation is incorrect. As relief, you request your release date be computed to reflect prior custody credit beginning on May 4, 2001.

Your record indicates you were sentenced on October _, 2000, in the Southern District of Florida to a term of 12 months for a Violation of Supervised Release. On June 21, 2001, you were released via Full Term Release. On May 5, 2001, while serving the 12 month sentence, you were arrested for the offense of Assault on a Federal Officer. You were sentenced on August 22, 2002, in the Southern District of Florida, to a term of 27 months. You were given prior custody credit from June 22, 2001 through August 21, 2002. You cannot receive credit toward the service of a term of imprisonment for any time you have spent in official detention prior to the date the sentence commences that has been credited against another sentence. The period from May 5, 2001 through June 21, 2002 was credited toward your 12 month sentence.

Therefore, your Request for Administrative Remedy is denied.

If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

_____                          _____
Date                                     Ed Gonzalez, Warden

U.S. Department of Justice

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: RANDY ANTHONY WEAVER  92903-071  BISCAYNE  F.C.I. MIAMI
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL**

"The Attorney General shall give any such person credit towards service of his sentence for any days spent <u>in custody</u> in connection with the offense or act for which <u>sentence was imposed</u>" **Title 18, Section §3568**.

    On May 1, 2001 I was transferred from the Federal Correctional Inst. to the Federal Detention Center to be hit with a new charge. I had been serving a One-Year sentence for a violation of Supervised Release. On May 4, 2001 I was served with a copy of the indictment on the new charge, thereby beginning the time to be credited on that offense.

    The Federal Bureau of Prison's is without any statutory authority to interpret a sentence as running "consecutive" unless so stated in the Judgment and Committment Papers. Additionally, on April 5th, 2001 the United States Marshal's Service filed a detainer against me in reference to this new charge. Althouh the probation sentence did not expire until June 2, 2001, I was still in <u>Federal Custody</u> the entire time that I was awaiting to trial on the new charge. I am prepared to file a Federal Writ of Habeas Corpus if I am held past an April 16, 2003 release date. The B.O.P. can not decide what date a sentence ~~begins on~~, especially when not authorized.

_March 15, 200_     _[signature]_
DATE        SIGNATURE OF REQUESTER

**Part B—RESPONSE**

```
                    RECEIPT - ADMINISTRATIVE REMEDY



DATE: MARCH 18, 2003



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SOUTHEAST REGIONAL OFFICE

TO  : RANDY ANTHONY WEAVER, 92903-071
      MIAMI FCI      UNT: B     QTR: B01-027L



THIS ACKNOWLEDGES THE RECEIPT OF THE REGIONAL APPEAL
IDENTIFIED BELOW:

REMEDY ID       : 290308-R1
DATE RECEIVED   : MARCH 17, 2003
RESPONSE DUE    : APRIL 16, 2003
SUBJECT 1       : OTHER JAIL TIME CREDIT
SUBJECT 2       :
INCIDENT RPT NO:
```

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: APRIL 15, 2003

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SOUTHEAST REGIONAL OFFICE

TO  : RANDY ANTHONY WEAVER, 92903-071
      MIAMI FCI    UNT: B    QTR: B01-027L

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE REGIONAL APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

```
REMEDY ID       : 290308-R1
DATE RECEIVED   : MARCH 17, 2003
RESPONSE DUE    : MAY 16, 2003
SUBJECT 1       : OTHER JAIL TIME CREDIT
SUBJECT 2       :
INCIDENT RPT NO:
```