AO 240 (Rev. 1/94)

# United States District Court  03-60780

SOUTHERN _____ DISTRICT OF __FLORIDA__

RANDY A. WEAVER,
Plaintiff

V.

ED GONZALEZ (WARDEN)
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

MAGISTRATE JUDGE
CASE NUMBER: WHITE

I, __RANDY ANTHONY WEAVER__ declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   ☒ Yes   ☐ No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration __F.C.I. MIAMI P.O.B. 779800 Miami, Fl 331__

   Are you employed at the institution? __YES__   Do you receive any payment from the institution? __YES__

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   LAST DAY OF EMPLOYMENT JUNE 21,2000.  $225.00 Wkly
      GREEN MONKEY TREE SERVICE
      4810 N.W. 77TH COURT
      POMPANO BEACH, FLORIDA 33073

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   Yes ☐   No ☒
   b. Rent payments, interest or dividends            Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments  Yes ☐   No ☒
   d. Disability or workers compensation payments     Yes ☐   No ☒
   e. Gifts or inheritances                           Yes ☐   No ☒
   f. Any other sources                               Yes ☒   No ☐

   If the answer to any of the above is "yes" describe each source of money and state the amount received and what you expect you will continue to receive. Approximately $20.00 a month from employer on the street.

AO 240 (Rev. 1/94)

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "yes" state the total amount. ___N/A___

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

   If "yes" describe the property and state its value.  N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  NONE

I declare under penalty of perjury that the above information is true and correct.

_4/22/03_  
DATE

_____  
SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)  
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____ _____. I further certify that during the past six months the applicant's average balance was $ _____.

See attached statement

_4/22/03_  
DATE

_____  
SIGNATURE OF AUTHORIZED OFFICER

Date: 04/22/2003
Time: 11:11:11 am

Facility: MIA

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Limited Official Use

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 92903071 | Living Quarters: | B01-027L |
| Inmate Name: | WEAVER, RANDY ANTHONY | Arrived From: | MIM |
| Current Site Name: | Miami FCI | Transferred To: | |
| Housing Unit: | B | Account Creation Date: | 11/13/2002 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MIA | 11/14/2002 01:35:13 PM | DL0012 | | | Transfer - In from IATM | $2.55 | | $2.55 |
| MIA | 01/06/2003 02:20:27 PM | JV0040 | | | Payroll - IPP | $20.23 | | $22.78 |
| MIA | 01/06/2003 06:07:57 PM | ITS0106 | | | ITS Withdrawal | ($4.00) | | $18.78 |
| MIA | 01/09/2003 06:12:48 PM | 91 | | | Sales | ($12.50) | | $6.28 |
| MIA | 01/21/2003 02:26:32 PM | 26 | | | Sales | ($4.30) | | $1.98 |
| MIA | 02/04/2003 05:33:18 PM | ITS0204 | | | ITS Withdrawal | ($1.00) | | $0.98 |
| MIA | 02/10/2003 09:37:04 AM | JV0055 | | | Payroll - IPP | $29.99 | | $30.97 |
| MIA | 02/11/2003 06:05:21 PM | ITS0211 | | | ITS Withdrawal | ($5.00) | | $25.97 |
| MIA | 02/11/2003 06:52:28 PM | 110 | | | Sales | ($22.00) | | $3.97 |
| MIA | 03/03/2003 07:58:18 PM | ITS0303 | | | ITS Withdrawal | ($3.00) | | $0.97 |
| MIA | 03/10/2003 01:59:39 PM | JV0077 | | | Payroll - IPP | $23.02 | | $23.99 |
| MIA | 03/11/2003 02:38:55 PM | 44 | | | Sales | ($12.25) | | $11.74 |
| MIA | 03/13/2003 07:18:50 PM | ITS0313 | | | ITS Withdrawal | ($5.00) | | $6.74 |
| MIA | 03/18/2003 06:02:59 PM | 79 | | | Sales | ($6.20) | | $0.54 |
| MIA | 04/07/2003 02:00:26 PM | JV0088 | | | Payroll - IPP | $67.62 | | $68.16 |
| MIA | 04/07/2003 05:07:43 PM | ITS0407 | | | ITS Withdrawal | ($5.00) | | $63.16 |
| MIA | 04/08/2003 10:41:32 AM | JV0108 | | | Photo Copies | ($1.30) | | $61.86 |
| MIA | 04/09/2003 11:49:48 AM | 23 | | | Sales | ($50.80) | | $11.06 |
| MIA | 04/16/2003 02:34:09 PM | 32 | | | Sales | ($9.60) | | $1.46 |
| | Total Transactions: | 19 | | | Totals: | $1.46 | $0.00 | |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|

Page 2

Date: 04/22/2003
Time: 11:11:11 am

Facility: MIA

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 92903071 | Living Quarters: | B01-027L |
| Inmate Name: | WEAVER, RANDY ANTHONY | Arrived From: | MIM |
| Current Site Name: | Miami FCI | Transferred To: | |
| Housing Unit: | B | Account Creation Date: | 11/13/2002 |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| MIA | $1.46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.46 |
| **Totals:** | **$1.46** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1.46** |

Page 3