```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 03-60780-CIV-LENARD
                              MAGISTRATE JUDGE P.A. WHITE
```

RANDY A. WEAVER,                     :

    Petitioner,                  :

v.                                   :      ORDER TO SHOW CAUSE AND
                                                              LEAVE TO PROCEED IFP
ED GONZALEZ,                         :             28 U.S.C. §2241

    Respondent.                  :
_____

Randy A. Weaver has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2241-43. It is thereupon

ORDERED AND ADJUDGED as follows:

1.  To prevent motions for extension of time, counsel for the respondent is notified that an extended period for the response has been provided in this case. NO MOTIONS FOR EXTENSION OF TIME WILL BE GRANTED EXCEPT UNDER THE MOST EXTRAORDINARY CIRCUMSTANCES, WHICH WILL PROBABLY REQUIRE A HEARING IN OPEN COURT.

2.  Counsel for the respondent shall notify this office telephonically within one week of receipt of this Order of the name of the lawyer to whom the case is assigned.



3. On or before July 7, 2003, the respondent shall file a memorandum of fact and law to show cause why this petition should not be granted, accompanied by all supporting documentation.

4. Counsel for the respondent is requested to caption the response as a Response and <u>not</u> a Motion to Dismiss. The statute, 28 U.S.C. §2243, calls for a "Return." When a response or return is labeled as a motion to dismiss, it confuses the Court's computer.

5. The motion to proceed in forma pauperis is granted.

DONE AND ORDERED at Miami, Florida, this 5th day of May, 2003.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Randy Anthony Weaver, <u>Pro Se</u>
Reg. No. 92903-071
FCI - Miami
P. O. Box 779800
Miami, FL 33177

U. S. Attorney
Attn: Sharon Medeiros
U.S. Attorney's Office
99 N.E. 4th Street
Miami, FL 33132

2