UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-60780-CIV-LENARD/WHITE
(01-6069-CR-LENARD)

RANDY ANTHONY WEAVER,

    Petitioner,

v.

ED GONZALEZ, Warden,

    Respondent.

_____/

**NIGHT BOX FILED**

MAY 27 2003

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## NOTICE OF REASSIGNMENT

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorney, and gives notice that the above captioned case has been reassigned to Assistant United States Attorney Donald Chase.

    Respectfully submitted,

    MARCOS DANIEL JIMENEZ
    UNITED STATES ATTORNEY

By _____
DONALD CHASE
Assistant U.S. Attorney
Court No. A5500077
Address: 500 East Broward Blvd.
7th Floor
Ft. Lauderdale, Florida 33394
Telephone Number (954) 356-7255
Fax Number (954)356-7336
donald.chase@usdoj.gov



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this __27th__ day of ____May____, 2003, to: Randy Anthony Weaver, Pro Se, Reg. No. 92903-071, Federal Correctional Institution, P.O. Box 779800, Miami, FL 33137.

DONALD CHASE
Assistant United States Attorney

cc: Docket