UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-60780-CIV-LENARD (WHITE)

NIGHT BOX
FILE

JUL 0 7 2003

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

RANDY A. WEAVER,          :
                          :
          Petitioner,     :
                          :
     v.                   :
                          :
UNITED STATES OF AMERICA, :
                          :
          Respondent.     :
_____/

GOVERNMENT'S RESPONSE TO PETITION
FOR WRIT OF HABEAS CORPUS
PURSUANT TO 28 U.S.C. §2241

The United States of America, by and through its undersigned Assistant United States Attorney, hereby responds to Weaver's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 as follows:

STATEMENT OF THE CASE

On April 3, 2001, a federal grand jury at Fort Lauderdale, Florida, returned an indictment charging petitioner with assault of a federal officer, in violation of 18 U.S.C. §111(a)(1) in Case No. 01-6069-CR-ROETTGER. Petitioner was arrested on that charge on May 4, 2001, and was held in pre-trial detention until August 22, 2002, when he was sentenced (Case No. 01-6069-CR-ROETTGER, DE 3, 12, 71, 73).

At the time of the offense in Case No. 01-6069-CR-ROETTGER, petitioner was serving a twelve-month sentence for a supervised

release violation, which was due to expire on June 21, 2001 (Exhibit A, Sentence Monitoring Computation Data, p. 3-4).

The Bureau of Prisons credited petitioner 426 days of jail time credit for the time he was in custody following the expiration of the twelve-month sentence he received for violating supervised release up to the date he was sentenced in Case No. 01-6069-CR-ROETTGER; i.e., from June 22, 2001 (the first day following his release from the twelve-month sentence for violating supervised release) to August 21, 2002 (the day before sentence was imposed in Case No. 01-6069-CR-ROETTGER).

On June 6, 2003, petitioner completed his sentence in Case No. 01-6069-CR-ROETTGER and was released from Bureau of Prisons' custody.

<u>MEMORANDUM OF LAW</u>

Petitioner contends that the Bureau of Prisons has incorrectly credited him with the full amount of jail time toward his sentence in Case No. 01-6069-CR-ROETTGER. Petitioner apparently believes he should have been credited from the time he was served with the indictment in that case on May 4, 2001, to his sentencing on August 22, 2002. Although that argument is meritless, this Court does not currently have jurisdiction over the complaint because petitioner has not exhausted his administrative remedies.[1]

---

[1] The crediting of jail time against federal sentences is within the sole discretion of the Bureau of Prisons, subject to compliance with federal regulations and judicial review. <u>United</u>

The Prison Litigation Reform Act of 1995 (PLRA), 110 Stat. 1321-73, as amended, 42 U.S.C. §1997e(a) (1994 ed., Supp. V) directs:  "No action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."  The Supreme Court has held that this exhaustion requirement is a mandatory prerequisite before a district court may consider an inmate's challenge to prison

_____

States v. Wilson, 503 U.S. 329, 335, 112 S.Ct. 1351, 1355 (1992). The awarding of jail time credit is governed by 18 U.S.C. §3585(b), which provides in pertinent part:

> **(b) Credit for prior custody**-A defendant shall be given credit toward the service of a term of imprisonment for any time he has spent in official detention prior to the date the sentence commences-
>
>> (1) as a result of the offense for which the sentence was imposed; or
>> (2) as a result of any other charge for which the defendant was arrested after the commission of the offense for which the sentence was imposed;
>
> that has not been credited against another sentence.

18 U.S.C. §3585(b).  Here, petitioner was serving another, prior sentence up through June 21, 2001 (the last day of his twelve-month sentence for a supervised release violation).  Thus, the Bureau of Prisons could not credit his sentence in Case No. 01-6069-CR-ROETTGER from the time he was arrested on May 4, 2001, up through June 21, 2001 because that time was being credited to the prior sentence.  See United States v. Wilson, supra, 112 S.Ct. at 1356 ("Congress made clear that a defendant could not receive double credit for his detention time.")  Accordingly, the substance of petitioner's claim is meritless.

circumstances or conditions.  See Porter v. Nussle, 534 U.S. 516, 122 S.Ct. 983 (2002); Booth v. Churner, 121 S.Ct. 1819 (2001).  The Bureau of Prison's Administragive Remedy Program, which is codified at 28 C.F.R. §542.10 et seq., provides inmates with a process through which they may seek formal review of an issue that relates to an aspect of confinement.  The Administrative Remedy Program provides for formal review of decisions by the Warden, the Regional Director, and the General Counsel.  See 28 C.F.R. §§542.11(a), 542.14, 542.15(a).  An inmate has not exhausted his administrative remedies unless he has sought administrative review at all three levels (Warden, Regional Director and General Counsel).

Petitioner here has failed to exhaust his administrative remedies.  Petitioner filed Remedy No. 290308 at the institutional and regional level, but did not file a final appeal to the General Counsel.  See Declaration of Dan Rouse, and its attachments, all attached hereto as Exhibit B.  Consequently, this Court does not have jurisdiction to consider petitioner's claim.  See Gonzalez v. United States, 959 F.2d 211, 212 (11th Cir. 1992) (exhaustion requirement is jurisdictional in habeas cases even where the inmate's presumptive release date has passed).

Finally, because petitioner was released from the Bureau of Prisons' custody on June 6, 2003 (Exhibit B, Declaration of Dan Rouse, para. 6; Exhibit A, Sentence Monitoring Computation Data indicating scheduled release date of June 6, 2003), his request for

4

immediate release from detention is moot.

CONCLUSION

For the foregoing reasons, petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 should be dismissed for failure to exhaust administrative remedies.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY


BY: _Roger W. Powell_
for DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
COURT BAR NO. A5500077
500 EAST BROWARD BOULEVARD, SUITE 700
FT. LAUDERDALE  FL  33394
TEL. NO. (954) 356-7254
FAX NO. (954) 356-7228
E-MAIL ADDRESS: Donald.Chase@justice.usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing response has been mailed, postage prepaid, this 7th day of July, 2003, to: Randy Anthony Weaver, Reg. No. 92903-071, Federal Correctional Institution, P.O. Box 779800, Miami, Florida, 33177.[2]

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

---

[2] The government is aware that petitioner is no longer incarcerated. However, since petitioner has failed to file a notice of a change of address with the court, service is being made to petitioner's last known address.

6

```
   TALSH  540*23 *            SENTENCE MONITORING           *      06-16-2003
PAGE 001          *           COMPUTATION DATA              *      07:49:15
                              AS OF 06-06-2003
```

REGNO..: 92903-071 NAME: WEAVER, RANDY ANTHONY

```
FBI NO..........: 714884X11            DATE OF BIRTH: 07-26-1964
ARS1............: MIA/GCT REL
UNIT............:                       QUARTERS.....:
DETAINERS.......: NO                    NOTIFICATIONS: NO
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  06-06-2003 VIA GCT REL

----------------------PRIOR JUDGMENT/WARRANT NO: 040 ----------------------

```
COURT OF JURISDICTION...........: FLORIDA, SOUTHERN DISTRICT
DOCKET NUMBER...................: 01-6069-CR-ROETTGER-
JUDGE...........................: ROETTGER
DATE SENTENCED/PROBATION IMPOSED: 08-22-2002
DATE COMMITTED..................: 11-13-2002
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

|  | FELONY ASSESS | MISDMNR ASSESS | FINES | COSTS |
|---|---|---|---|---|
| NON-COMMITTED.: | $100.00 | $00.00 | $00.00 | $00.00 |

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

------------------------PRIOR OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:  011
OFF/CHG: 18 USC 111(A)(1)  ASSAULT ON A FEDERAL OFFICER

```
  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   27 MONTHS
  TERM OF SUPERVISION............:    1 YEARS
  CLASS OF OFFENSE...............: CLASS E FELONY
  DATE OF OFFENSE................: 05-04-2001
```

G0002       MORE PAGES TO FOLLOW . . .

Exh. A

P 1

```
TALSH  540*23 *          SENTENCE MONITORING          *    06-16-2003
PAGE 002        *        COMPUTATION DATA             *    07:49:15
                         AS OF 06-06-2003

REGNO..: 92903-071 NAME: WEAVER, RANDY ANTHONY


-------------------------PRIOR COMPUTATION NO: 040 -------------------------

COMPUTATION 040 WAS LAST UPDATED ON 12-12-2002 AT MIA AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 040:    040 010

DATE COMPUTATION BEGAN..........: 08-22-2002
TOTAL TERM IN EFFECT............:   27 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    2 YEARS      3 MONTHS
EARLIEST DATE OF OFFENSE........: 05-04-2001

JAIL CREDIT.....................:    FROM DATE      THRU DATE
                                     06-22-2001     08-21-2002

TOTAL PRIOR CREDIT TIME.........: 426
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 106
TOTAL GCT EARNED................: 106
STATUTORY RELEASE DATE PROJECTED: 06-08-2003
SIX MONTH /10% DATE.............: 03-30-2003
EXPIRATION FULL TERM DATE.......: 09-22-2003


ACTUAL SATISFACTION DATE........: 06-06-2003
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: MIA
ACTUAL SATISFACTION KEYED BY....: EM

DAYS REMAINING..................: 106
FINAL PUBLIC LAW DAYS...........: 2




G0002       MORE PAGES TO FOLLOW . . .
```

P 2

```
   TALSH  540*23  *           SENTENCE MONITORING           *     06-16-2003
PAGE 003           *          COMPUTATION DATA              *     07:49:15
                               AS OF 06-21-2001              *

REGNO..: 92903-071 NAME: WEAVER, RANDY ANTHONY


FBI NO...........:                        DATE OF BIRTH: 07-26-1964
ARS1.............: MIA/GCT REL
UNIT.............:                         QUARTERS.....:
DETAINERS........: YES                     NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  06-21-2001 VIA FT REL

REMARKS.........: GREENVILLE CO SHERIFF'S OFFICE - 864-467-5431
                  RESISTING ARREST WITH ASSAULT - 99-GS-23-1363-F986325

---------------------------PRIOR JUDGMENT/WARRANT NO: 030 --------------------

COURT OF JURISDICTION...........: SOUTH CAROLINA
DOCKET NUMBER...................: CR 6:96-96-1
JUDGE...........................: ANDERSON JR.
DATE SENTENCED/PROBATION IMPOSED: 11-26-1996
DATE SUPERVISION REVOKED........: 10-06-2000
TYPE OF SUPERVISION REVOKED.....: REG
DATE COMMITTED..................: 01-08-2001
HOW COMMITTED...................: COMMIT OF SUPERVISED REL VIOL
PROBATION IMPOSED...............: NO

               FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $50.00        $00.00          $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

-----------------------PRIOR OBLIGATION NO: 010 ----------------------
OFFENSE CODE....: 881
OFF/CHG: 18 USC 871  THREATENING THE PRESIDENT OF THE UNITED STATES

 SENTENCE PROCEDURE.............: SUPERVISED REL VIOLATION VCCLEA VIOLENT
 SENTENCE IMPOSED/TIME TO SERVE.:    12 MONTHS
 DATE OF OFFENSE................: 02-19-1996




G0002       MORE PAGES TO FOLLOW . . .
```

p. 3

```
   TALSH  540*23 *              SENTENCE MONITORING
   PAGE 004          *            COMPUTATION DATA                       7-16-2003
                                 AS OF 06-21-2001                          9:15

   REGNO..: 92903-071 NAME: WEAVER, RANDY ANTHONY


   ------------------------PRIOR COMPUTATION NO: 030 ---------------

   COMPUTATION 030 WAS LAST UPDATE ON 01-31-2001 AT MIA AUTOMATICALLY

   THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
   PRIOR COMPUTATION 030:    030 010

   DATE COMPUTATION BEGAN..........: 10-06-2000
   TOTAL TERM IN EFFECT............:   12 MONTHS
   TOTAL TERM IN EFFECT CONVERTED..:    1 YEARS
   EARLIEST DATE OF OFFENSE........: 01-19-1996

   JAIL CREDIT.....................:     FROM DATE      THRU DATE
                                        06-22-2000     10-05-2000

   TOTAL PRIOR CREDIT TIME.........: 106
   TOTAL INOPERATIVE TIME..........: 0
   TOTAL GCT EARNED AND PROJECTED..: 0
   TOTAL GCT EARNED................: 0
   STATUTORY RELEASE DATE PROJECTED: 06-21-2001
   SIX MONTH /10% DATE.............: 05-17-2001
   EXPIRATION FULL TERM DATE.......: 06-21-2001


   ACTUAL SATISFACTION DATE........: 06-21-2001
   ACTUAL SATISFACTION METHOD......: FT REL
   ACTUAL SATISFACTION FACILITY....: MIA
   ACTUAL SATISFACTION KEYED BY....: TMN

   DAYS REMAINING..................: 0
   FINAL PUBLIC LAW DAYS...........: 0




   G0002        MORE PAGES TO FOLLOW . . .
```

P.4

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

RANDY A. WEAVER

     Petitioner

vs.                   Docket No. 03-60780-Civ-Lenard

ED GONZALEZ

     Respondent

## DECLARATION OF DAN ROUSE

I, Dan Rouse, hereby declare:

1. I am a Paralegal Specialist for the Federal Bureau of Prisons (Bureau) assigned to the Federal Correctional Institution (FCI) Tallahassee, Florida. Included within my responsibilities is assisting various United States Attorney Offices with litigation in matters involving federal inmates. As such, I have access to records maintained by the Bureau and am familiar with the procedures contained in Bureau of Prisons Program Statement 1330.13, Administrative Remedy Procedures for Inmates, dated December 22, 1995 and published in Title 28, Code of Federal Regulations, (CFR) Part 542, Subpart B (1995).

2. The Administrative Remedy Procedure for Inmates, as referenced above, is a method by which an inmate may seek formal review of any complaint related to any aspect of their imprisonment.

3. Inmates may appeal any issue regarding any aspect of their confinement at a Bureau of Prisons' institution to the Warden for an administrative review. If the inmate is not satisfied with the Warden's response, he can appeal the Warden's decision to the appropriate Regional Director. If not satisfied with the Regional Director's response, the inmate may file a further appeal to the General Counsel in Washington, D.C.

4. This procedure also provides that if an inmate reasonably believes the issue is sensitive and the inmate's safety or well-being would be placed in danger if the Request became known at the institution, the inmate may submit the Request directly to the appropriate Regional Director. Title 28 Section 542.14 (d).

Exh. B

Page 2

5. I am familiar with the issues involved in this action.

6. The petitioner in this action, Randy Anthony Weaver, Federal Register No. 92903-071 was confined at the Federal Correctional Institution (FCI), Miami, Florida, from January 8, 2001, through May 1, 2001, and from November 13, 2002,respectively, until his release from custody on June 6, 2003.

7. I certify that I have conducted a computer review of the Bureau of Prisons Administrative Remedy System which would identify any administrative remedies which the petitioner has filed regarding any issues associated with his confinement. My review revealed that the petitioner has filed two (2) remedies at the institutional level and one remedy at the regional office level concerning the issues in his petition.

8. Specifically, he filed Remedy Number 290306, on February 12, 2003, requesting a recomputation of his sentence  On the same date, he filed Remedy Number 290308, requesting a recomputation of Good Conduct Credit. Both of these remedies were filed at the institutional level at FCI Miami and denied on February 25, 2003.

9. The petitioner filed an appeal to the Southeast Regional Office on March 17, 2003, on Remedy Number 290308, and this remedy was denied on April 21, 2003 (Exhibit 1, Administrative Remedy Generalized Retrieval for Petitioner, Pages 3&4).

10. Until an inmate has pursued an administrative remedy through all three levels of the Administrative Remedy Program, he has not exhausted administrative remedies available from the Bureau of Prisons. (See 28 C.F.R. §542.15(a) ("Appeal to the General Counsel is the final administrative appeal.")

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

July 3, 2003

Dan Rouse

```
   TALSH          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      07-03-2003
   PAGE 001 OF                                                          11:20:29
       FUNCTION: L-P SCOPE: REG   EQ 92903-071   OUTPUT FORMAT: FULL_____
   -------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
   DT RCV: FROM _____ THRU _____ DT STS: FROM _____ THRU _____
   DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
   DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
   STS/REAS: ____ ____ ____ ____ ____ ____
   SUBJECTS: ____ ____ ____ ____ ____ ____
   EXTENDED: _ REMEDY LEVEL: _ _        RECEIPT: _ _    "OR" EXTENSION: _ _ _
   RCV  OFC : EQ _____
   TRACK: DEPT: _____ _____ _____ _____ _____ _____
        PERSON: _____ _____ _____ _____ _____ _____
          TYPE: ____ ____ ____ ____ ____ ____
   EVNT FACL: EQ _____ _____ _____ _____ _____ _____
   RCV FACL.: EQ _____ _____ _____ _____ _____ _____
   RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
   RCV QTR..: EQ _____ _____ _____ _____ _____ _____
   ORIG FACL: EQ _____ _____ _____ _____ _____ _____
   ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
   ORIG QTR.: EQ _____ _____ _____ _____ _____ _____



   G0002       MORE PAGES TO FOLLOW . . .
```

```
    TALSH           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      07-03-2003
    PAGE 002 OF     *               FULL SCREEN FORMAT             *      11:20:29


    REGNO: 92903-071 NAME: WEAVER, RANDY
    RSP OF...: MIA UNT/LOC/DST:                   QTR.:              RCV OFC: ALP
    REMEDY ID: 130002-F1        SUB1: 13BM SUB2:   DATE RCV:   03-14-1997
    UNT RCV..: IV            QTR RCV.: IVA-228L    FACL RCV: ALP
    UNT ORG..: IV            QTR ORG.: IVA-228L    FACL ORG: ALP
    EVT FACL.: ALP    ACC LEV:  ALP  1               RESP DUE:  THU  04-03-1997
    ABSTRACT.: SECURITY/CUSTODY CLASSIF. - EXCEPT PSF APPEALS
    STATUS DT: 03-25-1997  STATUS CODE: CLD STATUS REASON: DNY
    INCRPTNO.:              RCT: P EXT:   DATE ENTD: 03-14-1997
    REMARKS..:


    REGNO: 92903-071 NAME: WEAVER, RANDY
    RSP OF...: MIA UNT/LOC/DST:                   QTR.:              RCV OFC: NER
    REMEDY ID: 138973-R1        SUB1: 34ZM SUB2:   DATE RCV:   07-27-1997
    UNT RCV..: IV            QTR RCV.: ADM DET     FACL RCV: ALP
    UNT ORG..: IV            QTR ORG.: ADM DET     FACL ORG: ALP
    EVT FACL.: ALP    ACC LEV:  NER  1               RESP DUE:  SAT  08-16-1997
    ABSTRACT.: STAFF COMPLAINT
    STATUS DT: 08-15-1997  STATUS CODE: CLD STATUS REASON: DNY
    INCRPTNO.:              RCT: P EXT:   DATE ENTD: 07-25-1997
    REMARKS..:


    G0002      MORE PAGES TO FOLLOW . . .
```

```
    TALSH          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      07-03-2003
  PAGE 003 OF       *             FULL SCREEN FORMAT               *      11:20:29


  REGNO: 92903-071 NAME: WEAVER, RANDY
  RSP OF...: MIA UNT/LOC/DST:                       QTR.:                  RCV OFC: ALP
  REMEDY ID: 140960-F1       SUB1: 21AS SUB2:       DATE RCV:   08-25-1997
  UNT RCV..: IV             QTR RCV.: ADM DET       FACL RCV: ALP
  UNT ORG..: IV             QTR ORG.: ADM DET       FACL ORG: ALP
  EVT FACL.: ALP     ACC LEV:  ALP  1                  RESP DUE:  SUN 09-14-1997
  ABSTRACT.: UDC ACTION
  STATUS DT: 09-15-1997   STATUS CODE: CLD STATUS REASON: DNY
  INCRPTNO.: 511211    RCT: P EXT:    DATE ENTD: 08-25-1997
  REMARKS..:


  REGNO: 92903-071 NAME: WEAVER, RANDY
  RSP OF...: MIA UNT/LOC/DST:                       QTR.:                  RCV OFC: MIA
  REMEDY ID: 290306-F1       SUB1: 31ZM SUB2:       DATE RCV:   02-12-2003
  UNT RCV..: B             QTR RCV.: B01-027L       FACL RCV: MIA
  UNT ORG..: B             QTR ORG.: B01-027L       FACL ORG: MIA
  EVT FACL.: MIA     ACC LEV:  MIA  1                  RESP DUE:  TUE 03-04-2003
  ABSTRACT.: REQUESTS RECOMPUTATION OF SENTENCE
  STATUS DT: 02-25-2003   STATUS CODE: CLD STATUS REASON: DNY
  INCRPTNO.:           RCT: P EXT:    DATE ENTD: 02-12-2003
  REMARKS..:











  G0002       MORE PAGES TO FOLLOW . . .
```

```
TALSH          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    07-03-2003
PAGE 004 OF 004 *          FULL SCREEN FORMAT           *        11:20:29


REGNO: 92903-071 NAME: WEAVER, RANDY
RSP OF...: MIA UNT/LOC/DST:                      QTR.:              RCV OFC: MIA
REMEDY ID: 290308-F1        SUB1: 30ZM SUB2:     DATE RCV:  02-12-2003
UNT RCV..: B             QTR RCV.: B01-027L      FACL RCV: MIA
UNT ORG..: B             QTR ORG.: B01-027L      FACL ORG: MIA
EVT FACL.: MIA    ACC LEV:  MIA  1 SER  1            RESP DUE:  TUE  03-04-2003
ABSTRACT.: REQUESTS RECOMPUTATION OF GOOD TIME CREDIT
STATUS DT: 02-25-2003  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 02-12-2003
REMARKS..:




REGNO: 92903-071 NAME: WEAVER, RANDY
RSP OF...: MIA UNT/LOC/DST:                      QTR.:              RCV OFC: SER
REMEDY ID: 290308-R1        SUB1: 30ZM SUB2:     DATE RCV:  03-17-2003
UNT RCV..: B             QTR RCV.: B01-027L      FACL RCV: MIA
UNT ORG..: B             QTR ORG.: B01-027L      FACL ORG: MIA
EVT FACL.: MIA    ACC LEV:  MIA  1 SER  1            RESP DUE:  FRI  05-16-2003
ABSTRACT.: REQUESTS RECOMPUTATION OF GOOD TIME CREDIT
STATUS DT: 04-21-2003  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 03-17-2003
REMARKS..:










                    6 REMEDY SUBMISSION(S) SELECTED
G0000          TRANSACTION SUCCESSFULLY COMPLETED
```