UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.03-60780-Civ-Lenard
MAGISTRATE JUDGE P. A. WHITE

RANDY A. WEAVER         :

    Movant,              :

v.                      :         **REPORT OF**
                                  **MAGISTRATE JUDGE**
UNITED STATES OF AMERICA, :

    Respondent.          :
_____

Randy A. Weaver has filed a <u>pro se</u> petition for writ of habeas corpus pursuant to 28 U.S.C. §2241, arguing that the Bureau of Prisons incorrectly credited him with the time he has served, and demanding immediate release from custody.

The government argues first, that Weaver failed to exhaust his administrative remedies, and second, that this petition is moot, because Weaver has since been released from custody. Inquiry with the Bureau of Prisons indicates that Weaver was released on June 6, 2003. Accordingly, his petition for writ of habeas corpus is moot. See <u>Spencer v. Kemna</u>, 523 U.S. 1 (1998).

It is therefore recommended that this petition be dismissed, as moot. Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Signed this ___28th___ day of November, 2003.

                                                      UNITED STATES MAGISTRATE JUDGE

cc: Randy A. Weaver, <u>Pro Se</u>
    Reg. No. 92903-071
    FCI
    P.O. Box 779800
    Miami, FL 33177
    (Last known address)

    Donald F. Chase, AUSA
    U.S. Attorney's Office
    500 East Broward Blvd., Suite 700
    Ft. Lauderdale, FL 33394